UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-23231-FAM

MIGUEL ANGEL RIBIERO RODRIGUEZ, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
  )
       Plaintiff, )
  )
vs. )
  )
BAVARIA HAUS LLC., )
SASA PERISIC, )
  )
       Defendants. )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R.CIV. P. 41

COMES NOW Plaintiff, and hereby files a voluntary notice of dismissal without prejudice, and states:

1. Plaintiff no longer wishes to pursue this claim, contrary to counsel's advice, and therefore voluntarily dismisses his claim brought in this lawsuit without prejudice, pursuant to Fed. R.Civ. P. 41. Plaintiff has been advised of the applicable statute of limitations.

Respectfully Submitted,
J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar No.: 93940

By: [signature]
Miguel Angel Ribiero Rodriguez

### INTERPRETER'S ACKNOWLEDGEMENT:

On August 27, 2018, Mary Waller, personally known to me, affirmed that the foregoing was translated for Miguel Angel Ribiero Rodriguez and that she fully understood and affirmed the contents of the foregoing.

Mary Waller
Translator Signature

Natalie Staroschak
NOTARY PUBLIC / STAMP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF on August 27, 2018. No counsel or party has made an appearance.



Natalie Staroschak
COMMISSION #FF198424
EXPIRES: February 11, 2019
WWW.AARONNOTARY.COM

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiffs*

By: /s/ Neil Tobak
Neil Tobak
Florida Bar No.: 93940